1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 DONALD E. UMBERGER,                    Case No. 22-cv-03280-SI

8               Plaintiff,

9        v.                             **ORDER GRANTING IFP, DISMISSING
                                        COMPLAINT WITOUT PREJUDICE,
10 CITY OF SANTA ROSA, et al.,          AND MOOTING TRO WITHOUT
                                        PREJUDICE TO IT BEING REFILED
11              Defendants.             AT A LATER DATE**

12                                      Re: Dkt. Nos. 2, 4

13

14       On June 3, 2022, plaintiff filed the instant action asking this Court to "stop [his] extrajudicial

15 eviction [and] stop the harassment" plaintiff is allegedly experiencing at the hands of defendants.

16 Dkt. No. 1 at 7[1] (Complaint).  Plaintiff alleges defendant City of Santa Rosa is "extrajudicially

17 evicting [him] from the property" where he has had tenancy in his "trailer conspicuous[ly] for 10

18 months."  Dkt. No. 4 at 3 (TRO).

       Plaintiff also filed a motion for leave to proceed in forma pauperis.  Dkt. No. 2.  Plaintiff is

19 self employed as a handy man earning approximately $1200 per month with monthly expenses of

20 approximately $500 per month not including gas.  Thus, plaintiff's monthly income barely covers

21 his expenses.  The Court therefore GRANTS plaintiff's motion to proceed in forma pauperis.

22       However, in an action in which a plaintiff seeks to proceed in forma pauperis, a district court

23 must screen the complaint to fulfill its duty under 28 U.S.C. § 1915(e)(2)(B), which requires the

24 court to dismiss a case if the court determines that the action is frivolous or malicious, fails to state

25 a claim, or seeks monetary relief against a defendant who is immune from such relief. Pro se

26 pleadings must be liberally construed.  *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699

27 _____

28       [1] For ease of reference, page number citations refer to the ECF branded number in the upper
right corner of the page.

United States District Court
Northern District of California

(9th Cir. 1990).

Plaintiff's complaint fails to state any causes of action.  Further, the complaint fails to establish subject matter jurisdiction.  Generally, a federal district court will have subject matter jurisdiction in two instances: (1) cases involving federal subject matter (causes of action brought under federal law) or (2) diversity matters where the plaintiff and all defendants are citizens of different states.  See 28 U.S.C. §§ 1331 (Federal Question Jurisdiction) and 1332 (Diversity of Citizenship).  The plaintiff and defendants are all California residents/entities.  Plaintiff attempts to invoke federal question jurisdiction by stating his "First Claim" under 42 U.S.C. 1983 for defendants "violating First, Fourth, Eighth, Fifth, Ninth, and Fourteenth Amendments."  Dkt. No. 1 at 6. However, this is the entirety of plaintiff's claim – there is no information about plaintiff's theory of the case arising under any of those statutes nor does plaintiff include the who, what, when, where, and how of his situation.  Complaints must provide a narrative such that the Court can determine subject matter jurisdiction and whether plaintiff has stated a claim.

For these reasons, the Court hereby DISMISSES the complaint WITHOUT prejudice. Plaintiff may file an amended complaint addressing the issues of (1) failure to state causes of action and (2) jurisdiction on or before July 5, 2020. If an amended complaint is not filed, the action will be dismissed WITH prejudice.

In light of the Court dismissing the complaint, plaintiff's TRO (Dkt. No. 4) is rendered moot without prejudice to it being refiled at a later date.

Plaintiff is also directed to review the Northern District of California's pro-bono representation resources: https://cand.uscourts.gov/pro-se-litigants/finding-a-lawyer/


**IT IS SO ORDERED**.

Dated: June 14, 2022

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2