UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. UMBERGER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>        Defendants. | Case No. 22-cv-03280-SI<br><br>**JUDGMENT** |

On September 6, 2022 the Court DISMISSED the above captioned action WITH prejudice for failure to prosecute. The Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 6, 2022

_____
SUSAN ILLSTON
United States District Judge